UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:20-cr-00201-AA |
| v. | MISDEMEANOR INFORMATION |
| MARSHALL CAL KINKEAD, | 18 U.S.C. § 641 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Theft of Government Funds)**
**(18 U.S.C. § 641)**

Beginning on or about February 1, 2009, and continuing through February 1, 2018, within the District of Oregon, **MARSHALL CAL KINKEAD**, defendant herein, did knowingly and willfully steal and convert to his own use, money of the United States Treasury, a department and agency of the United States, to wit: by receiving Supplemental Security Income, based on fraudulent representations and concealments.

In violation of Title 18, United States Code, Section 641.

Dated: July 2, 2020.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

s/ *Helen L. Cooper*
HELEN L. COOPER, OSB #871957
Assistant United States Attorney